UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKERSHUS FYLKESKOMMUNALE PENSJONSKASSE and LANGEN INVEST AS,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC.; and CITIGROUP ALTERNATIVE INVESTMENTS LLC,<br><br>Defendants. | 11 Civ. 0224 (VM)<br>ECF CASE |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for the Defendants in the above-captioned action.

Dated: New York, New York
January 20, 2011

        Respectfully submitted,

        PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP

        By: _____
            Brad S. Karp (bkarp@paulweiss.com)

        1285 Avenue of the Americas
        New York, New York  10019-6064
        Telephone: (212) 373-3000
        Facsimile: (212) 757-3990

        *Attorneys for Defendants*