UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKERSHUS FYLKESKOMMUNALE PENSJONSKASSE and LANGEN INVEST AS,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITIGROUP GLOBAL MARKETS, INC.; and CITIGROUP ALTERNATIVE INVESTMENTS LLC,<br><br>                Defendants. | 11 Civ. 0224 (VM)<br>ECF CASE |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for the Defendants in the above-captioned action.

Dated: New York, New York
       January 20, 2011

                                Respectfully submitted,

                                PAUL, WEISS, RIFKIND, WHARTON
                                & GARRISON LLP

                                By: _____
                                    John F. Baughman (jbaughman@paulweiss.com)
                                1285 Avenue of the Americas
                                New York, New York  10019-6064
                                Telephone: (212) 373-3000
                                Facsimile: (212) 757-3990

                                *Attorneys for Defendants*