UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKERSHUS FYLKESKOMMUNALE
PENSJONSKASSE and LANGEN
INVEST AS,

                Plaintiffs,

      v.

CITIGROUP GLOBAL MARKETS, INC.;
and CITIGROUP ALTERNATIVE
INVESTMENTS LLC,

                Defendants.

11 Civ. 0224 (VM)
ECF CASE

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for the Defendants in the above-captioned action.

Dated: New York, New York
       January 20, 2011

                Respectfully submitted,

                PAUL, WEISS, RIFKIND, WHARTON
                & GARRISON LLP

                By: _____
                     Susanna M. Buergel (sbuergel@paulweiss.com)

                1285 Avenue of the Americas
                New York, New York 10019-6064
                Telephone: (212) 373-3000
                Facsimile: (212) 757-3990

                *Attorneys for Defendants*