UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKERSHUS FYLKESKOMMUNALE PENSJONSKASSE and LANGEN INVEST AS,<br><br>            Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC.; and CITIGROUP ALTERNATIVE INVESTMENTS LLC,<br><br>            Defendants. | 11 Civ. 0224 (VM)<br>ECF CASE |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for the Defendants in the above-captioned action.

Dated: New York, New York
       January 20, 2011

> Respectfully submitted,
>
> PAUL, WEISS, RIFKIND, WHARTON
> & GARRISON LLP
>
> By: _____
>     Daniel H. Levi (dlevi@paulweiss.com)
>
> 1285 Avenue of the Americas
> New York, New York  10019-6064
> Telephone: (212) 373-3000
> Facsimile: (212) 757-3990
>
> *Attorneys for Defendants*