UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKERSHUS FYLKESKOMMUNALE PENSJONSKASSE and LANGEN INVEST AS,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CITIGROUP GLOBAL MARKETS, INC.; and CITIGROUP ALTERNATIVE INVESTMENTS LLC,<br><br>                    Defendants. | 11 Civ. 0224 (VM)<br>ECF CASE |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for the Defendants in the above-captioned action.

Dated: New York, New York
       January 20, 2011

                            Respectfully submitted,

                            PAUL, WEISS, RIFKIND, WHARTON
                            & GARRISON LLP

                            By: _____
                                Karen King (kking@paulweiss.com)

                            1285 Avenue of the Americas
                            New York, New York 10019-6064
                            Telephone: (212) 373-3000
                            Facsimile: (212) 757-3990

                            *Attorneys for Defendants*