UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKERSHUS FYLKESKOMMUNALE PENSJONSKASSE and LANGEN INVEST AS,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITIGROUP GLOBAL MARKETS, INC.; and CITIGROUP ALTERNATIVE INVESTMENTS LLC,<br><br>　　　　　　　　Defendants. | 11 Civ. 0224 (VM)<br>ECF Case<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Citigroup Global Markets Inc. and Citigroup Alternative Investments LLC hereby states that:

　　　　Citigroup Global Markets Inc. is a wholly owned subsidiary of Citigroup Financial Products Inc., which is a wholly owned subsidiary of Citigroup Global Markets Holdings Inc., which is a wholly owned subsidiary of Citigroup Inc.

　　　　Citigroup Alternative Investments LLC is an indirect, wholly-owned subsidiary of Citigroup Inc.

Citigroup Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation owns 10% or more of its stock.

Dated: January 20, 2011

Respectfully submitted,

_____
Daniel H. Levi

PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel:     (212) 373-3000
E-mail:  dlevi@paulweiss.com

*Attorneys for Defendants Citigroup Global Markets Inc. and Citigroup Alternative Investments LLC*

2